**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerrod Len B. B. Booth,<br><br>  Plaintiff,<br><br>v.<br><br>Inmate Legal Services; Joseph M. Arpaio; Timothy Overton,<br><br>  Defendants. | No. CV-12-982-PHX-GMS<br><br>**ORDER** |

The Court's Order (Doc. 4) set forth the deficiency of the Complaint and an opportunity for Plaintiff to amend. Plaintiff's First Amended Complaint (Doc. 5) fails to cure the deficiency.

**IT IS THEREFORE ORDERED** dismissing Plaintiff's First Amended Complaint and directing the Clerk of Court to terminate this matter.

Dated this 4th day of June, 2012.

_____
G. Murray Snow
United States District Judge